# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2008

135730

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GREGORY AUGUSTA POWELL,
        Defendant-Appellant.

SC: 135730
COA: 272403
Wayne CC: 06-001978-01

_____/

On order of the Court, the application for leave to appeal the October 30, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case to the Court of Appeals for consideration of the issues raised by new counsel in the defendant's motion for reconsideration in that court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2008

_____
Clerk

p0618